IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:18-cv-60688-CMA

**CODY BECKER**,
individually and on behalf of others
similarly situated,

  *Plaintiff*,
v.

**HBN MEDIA, INC.**,
d/b/a COMMISSIONS, INC.,

  *Defendant*.
_____/

**CLASS ACTION**
**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiff Cody Becker and Defendant HBN Media, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff, individually, are hereby dismissed with prejudice.

Dated: June 29, 2018

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq. (FBN 030380)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**IJH LAW**
Ignacio J. Hiraldo
Florida Bar No. 0056031
14 NE First Ave, 10th Floor
Miami, FL 33132
Email: ijhiraldo@ijhlaw.com
Telephone: 786.351.8709

*Counsel for Plaintiff*

s/ *Aaron S. Weiss*
Tamarah E. Brodsky (FBN 567108)
Email: tamarah.brodsky@fnf.com
Fidelity National Law Group
200 W. Cypress Creek Road, Suite 210
Ft. Lauderdale, Florida 33309
T: 954.465.2145

Aaron Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields Jorden Burt, P.A.
100 Southeast Second Street
Miami, Florida 33131-9101
T: 305.530.0050 / F: 305.530.0055

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713